1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
   101 Jefferson Drive
3  Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
   E-mail: EMcDougall@perkinscoie.com
7  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000

10 Attorneys for Plaintiff
   craigslist, Inc.

IT IS SO ORDERED
Judge James Ware
1/28/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Troopal Strategies, Inc., a Panama corporation; TOM Games, Inc., a Texas corporation; Joshua McClure, Suzanne Demere-Murphy, Timothy Taylor, Ryan Addams, individuals; and Does 1 through 25, inclusive,<br><br>Defendants. | Case No. **CV-09-04741 JW**<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT RYAN ADDAMS WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that the claims against Defendant Ryan Addams be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| DATED: January 22, 2010 | PERKINS COIE LLP |
| | By: /s/ Brian Hennessy |
| | Brian P. Hennessy |
| | Brian Hennessy (SBN 226721) |
| | bhennessy@perkinscoie.com |
| | Attorney for Plaintiff |
| | craigslist, Inc. |
| DATED: January 22, 2010 | |
| | By: /s/ Joshua McClure |
| | Defendant Joshua McClure |
| DATED: January 22, 2010 | |
| | By: /s/ Suzanne Demere-Murphy |
| | Defendant Suzanne Demere-Murphy |
| DATED: January 22, 2010 | |
| | By: /s/ Ryan Addams |
| | Defendant Ryan Addams |

I, Brian P. Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signature hereto.

| | |
|---|---|
| DATED: January 22, 2010 | PERKINS COIE LLP |
| | By: /s/ Brian Hennessy |
| | Brian P. Hennessy |
| | Brian Hennessy (SBN 226721) |
| | bhennessy@perkinscoie.com |
| | Attorney for Plaintiff |
| | craigslist, Inc. |