# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

craigslist, Inc., a Delaware corporation

                Plaintiff(s),

v.

Troopal Strategies, Inc., a Panama corporation; TOM Games, Inc., a Texas corporation; Joshua McClure, Suzanne Demere-Murphy, Timothy Taylor, Ryan Addams, individuals; and Does 1 through 25, inclusive,    Defendant(s).

CASE NO. CV 09 04741 JW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

### Court Processes:

    [ ] Non-binding Arbitration (ADR L.R. 4)
    [ ] Early Neutral Evaluation (ENE) (ADR L.R. 5)
    [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

### Private Process:

    [x] Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:

    [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    [x] other requested deadline July 22, 2010

Dated: January 25, 2010

/s/ Brian P. Hennessy
Attorney for Plaintiff
craigslist, Inc.

See attached for further signatures

NDC-ADR6

DATED: January 25, 2010

By: /s/ Joshua McClure
Defendant Joshua McClure

DATED: January 25, 2010

By: /s/ Suzanne Demere-Murphy
Defendant Suzanne Demere-Murphy

I, Brian P. Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signature hereto.

DATED: January 25, 2010

PERKINS COIE LLP

By: /s/ Brian Hennessy
Brian P. Hennessy
Brian Hennessy (SBN 226721)
bhennessy@perkinscoie.com

Attorney for Plaintiff
craigslist, Inc.

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [ ] Mediation
- [x] Private ADR

Deadline for ADR session
- [ ] 90 days from the date of this order.
- [x] other  July 22, 2010

IT IS SO ORDERED.

Dated: January 28, 2010

_____
UNITED STATES DISTRICT JUDGE