Brian Hennessy (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
E-mail: EMcDougall@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, Washington 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Plaintiff
craigslist, Inc.

*IT IS SO ORDERED*
*Judge James Ware*
8/27/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| craigslist, Inc., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>Troopal Strategies, Inc., a Panama corporation; TOM Games, Inc., a Texas corporation; Joshua McClure, Suzanne Demere-Murphy, Timothy Taylor, individuals; and Does 1 through 25, inclusive,<br><br>        Defendants. | Case No. **CV-09-04741 JW**<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT SUZANNE MURPHY WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

    IT IS HEREBY STIPULATED by and between all parties who have appeared in this action that the claims against Defendant Suzanne Murphy be and hereby are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| DATED: August 25, 2010 | PERKINS COIE LLP |
| | By: /s/ Brian Hennessy |
| | Brian P. Hennessy |
| | Brian Hennessy (SBN 226721) |
| | bhennessy@perkinscoie.com |
| | Attorney for Plaintiff |
| | craigslist, Inc. |
| DATED: August 25, 2010 | |
| | By: /s/ Joshua McClure |
| | Defendant Joshua McClure |
| DATED: August 25, 2010 | |
| | By: /s/ Suzanne Demere-Murphy |
| | Defendant Suzanne Demere-Murphy |

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED: August 25, 2010        **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
craigslist, Inc.