1  Brian Hennessy (SBN 226721)
   E-mail: BHennessy@perkinscoie.com
2  **Perkins Coie LLP**
3  101 Jefferson Drive
   Menlo Park, CA 94025-1114
4  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
5
6  Elizabeth L. McDougall, WA Bar No. 27026 (*pro hac vice*)
   E-mail: EMcDougall@perkinscoie.com
7  **Perkins Coie LLP**
   1201 Third Avenue, Suite 4800
8  Seattle, Washington 98101-3099
   Telephone: (206) 359-8000
9  Facsimile: (206) 359-9000
10
   Attorneys for Plaintiff
11 craigslist, Inc.

*IT IS SO ORDERED*
Judge James Ware
2/7/2011

12                     UNITED STATES DISTRICT COURT
13                    NORTHERN DISTRICT OF CALIFORNIA
14                              SAN JOSE DIVISION
15

16 | craigslist, Inc., a Delaware corporation, | Case No. **CV-09-04741 JW** |
17 | Plaintiff, | **PLAINTIFF CRAIGSLIST, INC.'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANT TIMOTHY TAYLOR WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 (a)(1)(A)(i)** |
18 | v. | |
19 | Troopal Strategies, Inc., a Panama corporation; TOM Games, Inc., a Texas corporation; Joshua McClure, Timothy Taylor, individuals; and Does 1 through 25, inclusive, | |
20 | | |
21 | | |
22 | Defendants. | |

23
24     craigslist, Inc. hereby voluntarily dismisses its claims against Defendant Timothy Taylor
25  without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Timothy
26  Taylor has not appeared in this action, served an answer or otherwise responded to the complaint,
27  or filed a motion for summary judgment.
28

| | |
|---|---|
| DATED: February 4, 2011 | **PERKINS COIE LLP**<br><br>By:  /s/ Brian Hennessy<br>    Brian P. Hennessy<br>    Brian Hennessy (SBN 226721)<br>    bhennessy@perkinscoie.com<br><br>Attorney for Plaintiff<br>craigslist, Inc. |