United States District Court
For the Northern District of California

1
2
3
4
5
6
7                          IN THE UNITED STATES DISTRICT COURT
8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                                      SAN JOSE DIVISION
10   craigslist, Inc.,                              NO. C 09-04741 JW
11          Plaintiff,                              **ORDER VACATING PRELIMINARY**
        v.                                          **PRETRIAL CONFERENCE**
12
     Troopal Strategies, Inc., et al.,
13
            Defendants.
14   _____/
15          This case is scheduled for a Preliminary Pretrial Conference on February 14, 2011. Pursuant
16   to the Federal Rules of Civil Procedure and Local Rules of this Court, Plaintiff duly submitted a
17   Joint Pretrial Statement. (See Docket Item No. 48.) In the Statement, Plaintiff states that two of the
18   remaining Defendants, Troopal and TOM Games, have defaulted and the last remaining Defendant,
19   McClure, has indicated that he will no longer be defending himself and has appeared to have
20   abandoned this case. (Id.) As a result, Plaintiff anticipates filing a motion to strike Defendant
21   McClure's Answer, seek entry of default against Defendant McClure, and then move for default
22   judgment against all three remaining Defendants. (Id.)
23          Accordingly, based on Plaintiff's representations, the Court finds good cause to VACATE
24   the scheduled Pretrial Conference at this time.
25
26
27
28

The Court sets **April 11, 2011 at 9 a.m.** as a hearing date for all of Plaintiff's anticipated Motions. Plaintiff shall notice and file its Motions in accordance with the Civil Local Rules.

Dated: February 9, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian Patrick Hennessy bhennessy@perkinscoie.com
Elizabeth L. McDougall EmcDougall@perkinscoie.com
Joshua McClure joshua.mcclure@gmail.com

**Dated: February 9, 2011**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
　　　**Elizabeth Garcia**
　　　**Courtroom Deputy**

United States District Court
For the Northern District of California